UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

NAMEL NORRIS,
Plaintiff,

-against-

MAVERICK HOUSE LLC et al.,
Defendants.

------------------------------------------------------------X

26 Civ. 1888 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the parties' case management plan requires the submission of a joint status letter by August 3, 2026, as outlined in the Court's Individual Rule III.D.3. (Dkt. 22).

WHEREAS, the Court ordered that this case be referred for mediation to the Court-annexed Mediation Program to take place by August 10, 2026. (Dkt. 21).

WHEREAS, the parties failed to file a joint status letter by August 3, 2026. It is hereby

**ORDERED** that by **August 18, 2026**, the parties shall file a status letter, including an update on the status of mediation.

Dated: August 11, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE